Donald FAUGHT

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Donald Faught, pro se.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Katie Lou Hubbard PHILPOT

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Sept. 13, 1974.

John D. White, John M. Lyttle, Manchester, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Letcher GRAY

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Coleman D. Moberly, London, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM, Affirming.*

Junior GRANT, alias John R. Day, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 13, 1974.

Junior Grant, pro se.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.